FILED
2025 APR 23 PM 3:48

1  Latesha Howard (Full Name)
2  LATHOW2@yahoo.com (Email Address)
3  11382 Low Chaparral Dr (Address Line 1)
4  Victorville, CA. 92392 (Address Line 2)
5  (310) 658-9037 (Phone Number)
6  Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Latesha Howard,
PLAINTIFF,

vs.

Judge Steven A. Mapes, San Bernardino County Children and Family Services, Nicolas Hollis, Tiffanie Mailey, Tara McHenry, Wesley Williams, Robin D. Edmond, Marina White and Does 1-10

Case No.: EDCV 25-679-DMG (RAO)
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Temporary Restraining order and Preliminary Injunction

**Jury Trial Demanded:** ☑ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 42 U.S.C § 1985 Conspiracy to interfere with Civil rights, 28 U.S.C. § 1331 - Federal question jurisdiction, violation of federal constitutional rights.

Page Number: 1

Revised: October 2023
Form Prepared by Public Counsel
© 2010, 2023 Public Counsel. All Rights Reserved.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1331 - Federal question jurisdiction, as this case arises under the Constitution and laws of the United States, including claims under 42 U.S.C. § 1983, 18 U.S.C § 242, ADA and IDEA.

## III. PARTIES

3. Plaintiff's name is Latesha Howard. Plaintiff resides at: 11382 Low Chaparral Drive, Victorville, CA. 92392

4. Defendant San Bernardino County (CFS) Children and Family Services

5. Defendant Nicolas Hollis (Social Service Practitioner)

6. Defendant Tiffanie Mailey (Social Service Practitioner)

*Insert ¶ #*

7. Defendant Tara McHenry (Social Service Practitioner)

*Insert ¶ #*

8. Defendant Wesley Williams (Social Services Practitioner)

*Insert ¶ #*

9. Defendant Mayra Gaona (Social Services Practitioner)

*Insert ¶ #*

10. Defendant- Robin D Edmond (county Counsel)

11. Marina White (the children's Advocacy Attorney)

12. Judge Steven A. Mapes

4

## IV. STATEMENT OF FACTS

### I. Introduction

1. Plaintiff Latesha Howard brings this complaint for emergency injunctive and declaratory relief against San Bernardino County Children and Family Services (CFS), Judge Steven A. Mapes, and others who have deprived her of her constitutional rights, including her right to due process, parental rights, and the right to be free from retaliation.

2. Defendants have acted under the color of law to unlawfully detain Plaintiff's children, suppress evidence, retaliate for filing legal motions, and exploit the children's disabilities to prevent reunification.

### II.

1. Plaintiff's children were removed from her custody based on false allegations submitted to obtain a removal warrant.

2. Evidence disproving those allegations was withheld from the court.

_Insert ¶ #_. 3. Plaintiff has fully complied with her case plan including:
- Over 60 hours of parenting classes
- 19 therapy sessions
- Over 5 months of success parenting during supervised visits

_Insert ¶ #_. 4. Despite compliance, Defendants are preventing reunification through:
- Coaching/coercing children into false claims
- Retaliation for filing legal motions.
- Exploiting the children's disabilities to manipulate their testimony.

_Insert ¶ #_. 1. Plaintiff cannot safely proceed with unsupervised visits while her children are with a caregiver actively obstructing reunification.

III. Claims for Relief

Count I - Violation of 42 U.S.C. § 1983 - Deprivation of Due Process and Parental Rights,

Count II - Violation of 42 U.S.C. § 1985 - Conspiracy to Interfere with Civil Rights

Count III - Retaliation for exercising legal Rights

Count IV - Violation of the Americans with Disabilities Act (ADA) - Failure to provide accommodations and misuse of disabilities.

Count V - Request for declaratory and injunctive relief.

IV. Prayer for relief

Plaintiff respectfully request the court:

1. Issue a Temporary Restraining order and Preliminary Injunction halting all dependency proceedings.

2. Order the immediate return of her children or placement with a family member

3. Remove all involved parties due to conflict of interest and retaliation.

4. Compel release of withheld evidence

4/23/2025

*signature*

Latesha Howard

7

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 4/23/2025
Sign: _[signature]_
Print Name: Latesha Howard

4831-5981-9291, v. 1